# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-2150

—————————————————

DEMARCUS RAY LEDENT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

July 9, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, and Maria Ines Suber, Assistant Public Defender, Tallahassee; James R. Barnes of the Law Office of James R. Barnes, Pensacola, for Appellant.

Ashley Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.